ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Cutter Enterprises, LLC | ) ASBCA No. 62766 |
| | ) |
| Under Contract No. W912LD-15-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:  Peter J. Martin, Esq.
   Hinckley, Allen & Snyder LLP
   Hartford, CT

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
   Army Chief Trial Attorney
   Harry M. Parent III, Esq.
   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 21, 2021

JOHN J. TRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62766, Appeal of Cutter Enterprises, LLC, rendered in conformance with the Board's Charter.

Dated: July 21, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals